E. R. Bliss, as Supervisor of Registration in the City of Orlando, Plaintiff in Error, v. State of Florida *ex rel.* E. G. Hauselt, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Orange.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*W. B. Crawford,* for Plaintiff in Error.

---

E. B. Donahue, alias Elmer Dowdy, Plaintiff in Error, v. W. H. Dowling, as Sheriff of Duval County, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Duval.

Writ of Error dismissed on motion of Plaintiff in Error.

*Elmer M. Dowdy, in pro per.,* and *M. H. Myerson,* for Plaintiff in Error;

*P. L. Gaskins,* State Attorney, and *Rivers Buford,* Attorney General, for Defendant in Error.